UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIN,<br>          Plaintiff,<br><br>v.<br><br>LEON AINER, et al.,<br>          Defendants. | Case No. 14-cv-01698-TEH<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from the above-entitled action and request that the case be reassigned.

**IT IS SO ORDERED.**

Dated:   06/05/14                                    _____
                                                        THELTON E. HENDERSON
                                                        United States District Judge